Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; and BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND,<br><br>          Plaintiffs,<br><br>vs.<br><br>PACIFIC SHIP REPAIR & FABRICATION, INC., a California corporation; and DAVID J. MOORE, an individual; DOES & ROES I-X<br><br>          Defendants, | Case No. 2:23-cv-00497-JLR<br><br>[~~PROPOSED~~]<br>**ORDER FOR DEFAULT JUDGMENT** |

    Plaintiffs, BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; and BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND, (collectively "Plaintiffs" or "Trust Funds"), by and through their counsel of record, The Urban Law Firm and Christensen James & Martin have moved the Court for Default Judgment to be entered in favor of Plaintiffs and against Defendants PACIFIC SHIP REPAIR & FABRICATION, INC., a California corporation; and DAVID J. MOORE, an individual, jointly and severally. Having

Order for Default Judgment
(Case No. 2:23-cv-00497-JLR)

THE URBAN LAW FIRM
4270 S. Decatur Blvd., Ste. A-9, Las Vegas, NV 89103
P. (702) 968-8087 / (702) 255-1718
murban@theurbanlawfirm.com
CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
wes@cjmlv.com
Counsel for the Plaintiffs

reviewed the Renewed Motion for Default Judgment (Dkt. # 20) and supporting exhibits and with good cause appearing, this Court enters the following order:

NOW, THEREFORE, pursuant to FRCP 55(b),

**IT IS HEREBY ORDERED** that Plaintiffs be awarded a Default Judgment as follows:

Against PACIFIC SHIP REPAIR & FABRICATION, INC.; and DAVID J. MOORE, jointly and severally, for the following amounts due:

| | |
|---|---|
| Attorney's fees: | $6,805.00 |
| Costs: | $ 169.66 |
| **Total:** | **$6,974.66** |

**IT IS HEREBY ORDERED** that Defendant PACIFIC SHIP REPAIR & FABRICATION, INC. submit a fringe benefit bond in the amount of $50,000.00.

**IT IS HEREBY ORDERED** that the Clerk of the Court shall enter judgment consistent with this Order.

\*In sum, Plaintiffs' renewed motion for default judgment is GRANTED (Dkt. # 20). The Clerk is DIRECTED to terminate the motion at Dkt. # 17.

Dated this 16th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE

Presented by:
**THE URBAN LAW FIRM**
*/s/ Michael A. Urban*
Michael A. Urban, Esq.
Washington State Bar No. 20251
4270 S. Decatur Blvd., Ste. A-9
Las Vegas, NV 89103
P. (702) 968-8087; F. (702) 968-8088
*murban@theurbanlawfirm.com*

Order for Default Judgment
(Case No. 2:23-cv-00497-JLR)

THE URBAN LAW FIRM
4270 S. Decatur Blvd., Ste. A-9, Las Vegas, NV 89103
P. (702) 968-8087 / (702) 255-1718
murban@theurbanlawfirm.com
CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
wes@cjmlv.com
Counsel for the Plaintiffs